B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Arbonne Institute of Research and Development, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No. Complete EIN<br>(if more than one, state all): **33-0762250** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No. Complete EIN. (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**2711 Centerville Road, Suite 400**<br>**Wilmington, Delaware**<br>ZIP CODE **19808** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business: **New Castle** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**9400 Jeronimo Road**<br>**Irvine, California**<br>ZIP CODE **92618** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other<br>**Retailer of personal care products** | ☐ Chapter 7        ☐ Chapter 15 Petition for<br>☐ Chapter 9              Recognition of a Foreign<br>■ Chapter 11            Main Proceeding<br>☐ Chapter 12     ☐ Chapter 15 Petition for<br>☐ Chapter 13           Recognition of a Foreign<br>                                   Nonmain Proceeding |
|  | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3 A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:*<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>■ A plan is being filed with this petition.<br>■ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors*

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets*

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities*

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

* Represents consolidated financial information for Natural Products Group, LLC and its affiliated debtors as set forth on Annex "A". This does not constitute a statement or admission as to the assets or liabilities of any of the debtor entities individually.

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Arbonne Institute of Research and Development, LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: See Annex "A" | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
    Signature of Attorney for Debtor(s)      (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1))..

| B1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Arbonne Institute of Research and Development, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _/s/ Jeffrey M. Schlerf_____
Signature of Attorney for Debtor(s)

**Jeffrey M. Schlerf**
Printed Name of Attorney for Debtor(s)

| Thomas E Lauria | Jeffrey M. Schlerf (No. 3047) |
| Craig H. Averch | Eric M. Sutty (No. 4007) |
| Matthew C. Brown | John H. Strock (No. 4965) |
| WHITE & CASE LLP | FOX ROTHSCHILD LLP |
| 200 S. Biscayne Blvd., Suite 4900 | 919 North Market Street, Suite 1600 |
| Miami, Florida 33131 | Wilmington, Delaware 19801 |
| Phone: (305) 371-2700 | Phone: (302) 654-7444 |
| Fax: (305) 358-5744 | Fax: (302) 658-6395 |

Date: January 27, 2010

* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is correct.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Mark I. Lehman**
Printed Name of Authorized Individual

**Chief Financial Officer and Secretary**
Title of Authorized Individual

**January 27, 2010**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# Annex A

## Bankruptcy Cases Concurrently Filed By
## Any Partner or Affiliate of the Debtor

The Debtor and each of the affiliated entities listed below filed in this Court a voluntary petition for relief under chapter 11 of title 11 of the United States Code:

Natural Products Group, LLC
Arbonne Intermediate Holdco, Inc.
Levlad Intermediate Holdco, Inc.
Arbonne International, LLC
Levlad, LLC
Arbonne Institute of Research and Development, LLC
Arbonne International Distribution, Inc.
Arbonne International Holdings, Inc.

In addition, at the time of filing of these voluntary petitions, these entities collectively filed a motion seeking entry of an order jointly administering and consolidating for administrative purposes only these chapter 11 cases.

# CERTIFIED COPY OF THE RESOLUTIONS OF
# THE BOARD OF DIRECTORS OF
# ARBONNE INSTITUTION OF RESEARCH AND DEVELOPMENT, LLC

The undersigned, hereby certifies:

1. The undersigned is the duly elected and incumbent President of Arbonne Institute of Research and Development, LLC, a Delaware limited liability company (the "Company").

2. Attached hereto is a true and correct copy of the resolutions of the Board of Directors of the Company duly adopted at a duly called meeting of the Board of Directors and recorded in the Minute Book of the Company on January 27, 2010, which resolutions are in full force and effect and have not been amended, modified or rescinded.

IN WITNESS WHEREOF, I have hereunto set my hand this 27th day of January, 2010.

Name: Katherine S. Napier
Title: President

# Resolutions of the Board of Directors of Arbonne Institute of Research and Development, LLC

January 27, 2010

WHEREAS, the Member and certain other subsidiaries of Natural Products Group, Inc. ("NPG") are parties to that certain Credit Agreement ("OpCo Credit Agreement"), dated as of March 8, 2007, by and among the Member and Levlad, LLC, as borrowers, Arbonne Intermediate Holdco, Inc. ("Arbonne HoldCo") and Levlad Intermediate Holdco, Inc. ("Levlad HoldCo"), as guarantors, the lenders party thereto (the "OpCo Lenders"), Canadian Imperial Bank of Commerce as administrative agent and collateral agent, CIBC World Markets Corp. and Credit Suisse Securities (USA) LLC as joint lead arrangers and joint bookrunners, Credit Suisse as syndication agent, and Freeport Financial LLC and General Electric Capital Corporation as co-documentation agents;

WHEREAS, certain subsidiaries of NPG are parties to that certain Credit Agreement ("HoldCo Credit Agreement"), dated as of June 19, 2006, by and among Arbonne HoldCo and Levlad HoldCo, as borrowers, and the lenders party thereto (the "HoldCo Lenders"), Wilmington Trust FSB, as successor in interest to Credit Suisse, New York Branch as administrative agent, Credit Suisse Securities (USA) LLC and CIBC World Markets Corp. as joint lead arrangers and joint bookrunners, CIBC World Markets Corp. as syndication agent, and CitiCorp North America, Inc. and UBS Securities LLC, as co-documentation agents;

WHEREAS, on January 13, 2010, NPG and its domestic subsidiaries, including the Member and the Company, distributed to the OpCo Lenders and the HoldCo Lenders a disclosure statement and solicitation of acceptance of a prepackaged plan of reorganization setting forth a proposal to restructure the outstanding indebtedness under the OpCo Credit Agreement and the HoldCo Credit Agreement (the "Restructuring");

WHEREAS, the Company believes that it has received sufficient accepting votes from the OpCo Lenders and the HoldCo Lenders to effectuate the Restructuring through a consensual chapter 11 plan of reorganization;

WHEREAS, the Company is a wholly-owned subsidiary of NPG;

WHEREAS, the executive officers and financial and legal advisors of the Company have reviewed and discussed with the Member the Company's current financial circumstances and options; and

WHEREAS, the Member has evaluated and considered the information provided and the recommendations of the Company's executive officers and financial and legal advisors.

NOW, THEREFORE, the Member hereby adopts the following resolutions:

**RESOLVED**, that, in the judgment of the Member, it is desirable and in the best interests of the Company, creditors of the Company, members, as the case may be, of the Company and other interested parties, for the Company to effectuate the Restructuring by commencing proceedings (the "Chapter 11 Proceedings") under chapter 11 of title 11 of the United States Code, 11 U.S.C. 101, et seq. (the "Bankruptcy Code") and file a petition substantially in the form previously circulated to the Board, with such changes thereto as the Authorized Persons (defined below) shall approve (the "Petition") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") seeking relief under the provisions of the Bankruptcy Code and commence the Chapter 11 Proceedings; and it is

**FURTHER RESOLVED**, that the Petition (as it may be amended from time to time) is adopted in all respects, and that each of the officers of the Company (the "Authorized Persons") be, with the full authority to act without the others, and hereby is, authorized and directed, on behalf of the Company, to execute and file all petitions, schedules, lists and other papers, including the Plan, and to take any and all actions which they may deem necessary or proper in connection with the Chapter 11 Proceedings, and to retain and employ all assistance by legal counsel or otherwise, which they may deem necessary, proper or advisable with a view to the successful prosecution of the Chapter 11 Proceedings, the taking of any such action by an Authorized Person being conclusive evidence of the necessity or advisability of such action; and it is

**FURTHER RESOLVED**, that each of the Authorized Persons be, with full authority to act without the others, and hereby is, authorized to retain on behalf of the Company attorneys, investment bankers, accountants, restructuring professionals, communications advisors, financial advisors and other professionals to assist the Company in connection with the Chapter 11 Proceedings, on such terms as are deemed necessary, proper or advisable by any Authorized Person, the execution of such retention or the taking of any such action being conclusive evidence of the necessity or advisability of such action; and it is

**FURTHER RESOLVED**, that each of the Authorized Persons be, with full authority to act without the others, and hereby is, authorized and empowered, in connection with the commencement of the Chapter 11 Proceedings by the Company, to negotiate, execute and deliver a debtor in possession credit agreement, substantially in the form previously circulated to the Board, with such changes thereto as such Authorized Person shall approve, or other form of credit support or enhancement (including, without limitation, in connection therewith, such commitment letters, fee letters, notes, security agreements and other agreements or instruments as such Authorized Person considers appropriate) on the terms and conditions as such Authorized Person may consider necessary, proper or advisable (including, without limitation, the granting of liens, security interests and superpriority Chapter 11 administrative claims and the guaranteeing of affiliate obligations), the execution of any such documents or the taking of any such action being conclusive evidence of the necessity or advisability of such action, and to consummate the transactions contemplated by such agreement or instruments on behalf of the Company and/or file such pleadings as may be necessary with the Bankruptcy Court in respect thereof; and it is

**FURTHER RESOLVED**, that the Authorized Persons be, with full authority to act without the others, and hereby is, authorized and directed, in the name and on behalf of the

Company to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates, and undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions, the taking of such action, or the execution of such agreements, documents, certificates or undertakings being conclusive evidence of the necessity or advisability of such action; and it is

**FURTHER RESOLVED**, that all acts lawfully done or actions lawfully taken by any Authorized Person (i) to file the Petition under the Bankruptcy Code, (ii) in any other connection with the Chapter 11 Proceedings, or any manner related thereto, or (iii) by virtue of these resolutions be, and hereby are, in all respects ratified, confirmed and approved.

# United States Bankruptcy Court
District of Delaware

In re  Natural Products Group, LLC, et al.,    Case No. 10-____ (____)
                          Debtors.              Chapter 11

## CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

Following is a list of creditors holding the 30 largest unsecured claims, on a consolidated basis, against the above-captioned debtors (collectively, the "Debtors") and their affiliated entities. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(30), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency claim places the creditor among the holders of the 30 largest unsecured claims. The information contained herein shall not constitute an admission by, nor shall it be binding upon, the Debtors.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|---|
| 1. | Wilmington Trust FSB<br>Attn: Boris Treyger<br>591 Broadway, Suite 2A<br>New York, NY 10012 | Wilmington Trust FSB<br>Attn: Boris Treyger<br>591 Broadway, Suite 2A<br>New York, NY 10012<br><br>Phone – (212) 941-4416 | BANK LOAN | | $201,729,032 |
| 2. | CORWOOD LABORATORIE<br>Attn: Gayle Smart<br>55 Arkay Drive<br>Hauppauge, NY 11788 | CORWOOD LABORATORIE<br>Attn: Gayle Smart<br>55 Arkay Drive<br>Hauppauge, NY 11788<br><br>Phone – (631) 273-7373 ext. 354 | VENDOR | | $594,784 |
| 3. | CRODA<br>Attn: Corporate Officer/Authorized Agent<br>300A Columbus Circle<br>Edison, NJ 08837-3907 | CRODA<br>Attn: Corporate Officer/Authorized Agent<br>300A Columbus Circle<br>Edison, NJ 08837-3907<br><br>Phone – (723) 417-0800 | VENDOR | | $374,782 |
| 4. | TIFFANY & CO.<br>Attn: Corporate Officer/Authorized Agent<br>727 Fifth Ave.<br>New York, NY 10022 | TIFFANY & CO.<br>Attn: Corporate Officer/Authorized Agent<br>727 Fifth Ave.<br>New York, NY 10022<br><br>Phone – (212) 755-8000 | VENDOR | | $351,099 |
| 5. | DESIGNWORX PACKAGING INC<br>Attn: Laura Nakauchi/Debbie Monroe<br>31 Orchard Road Lake<br>Lake Forest, CA 92630 | DESIGNWORX PACKAGING INC<br>Attn: Laura Nakauchi/Debbie Monroe<br>31 Orchard Road Lake<br>Lake Forest, CA 92630<br><br>Phone – (949) 916-6144 | VENDOR | | $292,574 |
| 6. | THORO PACKAGING<br>Attn: Corporate Officer/Authorized Agent<br>1467 Davril Circle<br>Corona, CA 92880-6957 | THORO PACKAGING<br>Attn: Corporate Officer/Authorized Agent<br>1467 Davril Circle<br>Corona, CA 92880-6957<br><br>Phone – (951) 278-2100 | VENDOR | | $243,006 |
| 7. | ROSS ORGANIC SPECIALTY SALES<br>Attn: Corporate Officer/Authorized Agent<br>PO Box 5040<br>San Jose, CA 95150-5040 | ROSS ORGANIC SPECIALTY SALES<br>Attn: Corporate Officer/Authorized Agent<br>PO Box 5040<br>San Jose, CA 95150-5040<br><br>Phone – (562) 236-5700 | VENDOR | | $241,807 |

| # | | | | | |
|---|---|---|---|---|---|
| 8. | CRYSTAL INTERNATIONAL<br>Attn: Corporate Officer/Authorized Agent<br>1901 Camino Vida Roble, Suite 206<br>Carlsbad, CA 92008 | CRYSTAL INTERNATIONAL<br>Attn: Corporate Officer/Authorized Agent<br>20 Overlea Boulevard<br>Toronto, ON M4H 1A4, Canada<br><br>Phone – (416) 421-9299 | VENDOR | | $219,217 |
| 9. | OXYGEN-DEVELOPMENT<br>Attn: Corporate Officer/Authorized Agent<br>Dept. # 0486<br>PO Box 850001<br>Orlando, FL 32885-0486 | OXYGEN-DEVELOPMENT<br>Attn: Corporate Officer/Authorized Agent<br>Dept. # 0486<br>PO Box 850001<br>Orlando, FL 32885-0486<br><br>Phone – (954) 480-2675 | VENDOR | | $200,849 |
| 10. | ASHLAND CHEMICAL<br>Attn: Virginia Clark<br>File No. 53192<br>Los Angeles, CA 90074-3192 | ASHLAND CHEMICAL<br>Attn: Virginia Clark<br>File No. 53192<br>Los Angeles, CA 90074-3192<br><br>And<br><br>6608 East 26th Street<br>Commerce, CA 90040-3216<br><br>Phone – (614) 790-3211 | VENDOR | | $179,144 |
| 11. | BERLIN PACKAGING LLC<br>Attn: Evelyn Anderson<br>P.O. Box 95584<br>Chicago, IL 60694-5584 | BERLIN PACKAGING LLC<br>Attn: Evelyn Anderson<br>P.O. Box 95584<br>Chicago, IL 60694-5584<br><br>Phone – (312) 876-9292 | VENDOR | | $145,388 |
| 12. | SILAB<br>Attn: Corporate Officer/Authorized Agent<br>1301 State Route 36.Concord Center Ii Suite 8<br>Hazlet, NJ 07730 | SILAB<br>Attn: Corporate Officer/Authorized Agent<br>1301 State Route 36, Concord Center II Suite 8<br>Hazlet, NJ 07730<br><br>Phone – (973) 882-5597 | VENDOR | | $124,560 |
| 13. | UBS PRINTING GROUP INC<br>Attn: Corporate Officer/Authorized Agent<br>2577 Research Drive<br>Corona, CA 92882 | UBS PRINTING GROUP INC<br>Attn: Corporate Officer/Authorized Agent<br>2577 Research Drive<br>Corona, CA 92882<br><br>Phone – (951) 273-7900 | VENDOR | | $121,849 |
| 14. | COSMOLAB INC<br>Attn: Jeff Kinnaird<br>9186 Paysphere Circle<br>Chicago,IL 60674 | COSMOLAB INC<br>Attn: Jeff Kinnaird<br>9186 Paysphere Circle<br>Chicago,IL 60674<br><br>Phone – (931) 270-4945 | VENDOR | | $113,715 |
| 15. | UNIX INDUSTRIES INC<br>Attn: Corporate Officer/Authorized Agent<br>301 Arizona Ave. Ste 304<br>Santa Monica, CA 90401 | UNIX INDUSTRIES INC<br>Attn: Corporate Officer/Authorized Agent<br>301 Arizona Ave. Ste 304<br>Santa Monica, CA 90401<br><br>Phone – (310) 395-1494 | VENDOR | | $110,722 |
| 16. | CHEMTEC CHEMICAL<br>Attn: Kathy De Santos<br>21900 Marilla St<br>Chatsworth, CA 91311 | CHEMTEC CHEMICAL<br>Attn: Kathy De Santos<br>21900 Marilla St<br>Chatsworth, CA 91311<br><br>Phone – (818) 700-0071 | VENDOR | | $107,971 |
| 17. | ELCOS CO LTD<br>Attn: Corporate Officer/Authorized Agent<br>720 Palisade Ave<br>Englewood Cliffs, NJ 07632 | ELCOS CO LTD<br>Attn: Corporate Officer/Authorized Agent<br>720 Palisade Ave<br>Englewood Cliffs, NJ 07632<br><br>Phone – (201) 227-0059 | VENDOR | | $107,906 |

| | | | | | |
|---|---|---|---|---|---|
| 18. | ACUPAC PACKAGING IN<br>Attn: Carol Starr<br>20 West King Street<br>Port Jervis, NY 12771-0154 | ACUPAC PACKAGING IN<br>Attn: Carol Starr<br>20 West King Street<br>Port Jervis, NY 12771-0154<br><br>Phone – (201) 529-3434 | VENDOR | | $102,467 |
| 19. | GATTEFOSSE<br>Attn: Corporate Officer/Authorized Agent<br>650 From Road<br>Paramus, NJ 07652 | GATTEFOSSE<br>Attn: Corporate Officer/Authorized Agent<br>650 From Road<br>Paramus, NJ 07652<br><br>Phone – (201) 265-4800 | VENDOR | | $101,802 |
| 20. | IMPRESS COMMUNICATIONS INC<br>Attn: Corporate Officer/Authorized Agent<br>9320 Lurline Ave<br>Chatsworth, CA 91311 | IMPRESS COMMUNICATIONS INC<br>Attn: Corporate Officer/Authorized Agent<br>9320 Lurline Ave<br>Chatsworth, CA 91311<br><br>Phone – (818) 701-8800 | VENDOR | | $100,635 |
| 21. | AL-CHAIN LIMITED<br>Attn: Corporate Officer/Authorized Agent<br>Rm 428 Blk G4/F Kwai Shing Ind Bldg Ph2<br>42-46 Tai Pin Lai Road<br>Hong Kong | AL-CHAIN LIMITED<br>Attn: Corporate Officer/Authorized Agent<br>Rm 428 Blk G4/F Kwai Shing Ind Bldg Ph2<br>42-46 Tai Pin Lai Road<br>Hong Kong<br><br>Phone – 852---2481-5088 | VENDOR | | $98,038 |
| 22. | GOLDEN STATE CONTAINER<br>Attn: Corporate Officer/Authorized Agent<br>15620 Shoemaker Ave<br>Santa Fe Springs, CA 90670 | GOLDEN STATE CONTAINER<br>Attn: Corporate Officer/Authorized Agent<br>15620 Shoemaker Ave<br>Santa Fe Springs, CA 90670<br><br>Phone – (800) 288-5100 | VENDOR | | $97,439 |
| 23. | COMPAX<br>Attn: Jacqui Mansur Sutton<br>Post Office Box 27287<br>Salt Lake City, UT 84127 | COMPAX<br>Attn: Jacqui Mansur Sutton<br>Post Office Box 27287<br>Salt Lake City, UT 84127<br><br>Phone – (801) 983-2200 | VENDOR | | $92,394 |
| 24. | MERIDIAN GRAPHICS<br>Attn: Craig Miller<br>2652 Dow Avenue<br>Tustin, CA 92780 | MERIDIAN GRAPHICS<br>Attn: Craig Miller<br>2652 Dow Avenue<br>Tustin, CA 92780<br><br>Phone – (714) 263-7060 | VENDOR | | $91,296 |
| 25. | NATURAL ALTERNATIVES<br>INTERNATIONAL<br>Attn: Corporate Officer/Authorized Agent<br>1185 Linda Vista Drive<br>San Marcos, CA 92078 | NATURAL ALTERNATIVES INTERNATIONAL<br>Attn: Corporate Officer/Authorized Agent<br>1185 Linda Vista Drive<br>San Marcos, CA 92078<br><br>Phone – (760) 736-7700 | VENDOR | | $89,768 |
| 26. | AT&T<br>Attn: Legal Officer/Bankruptcy Department<br>P.O. Box 5019<br>Carol Stream, IL 60197-5019 | AT&T<br>Attn: Legal Officer/Bankruptcy Department<br>P.O. Box 5019<br>Carol Stream, IL 60197-5019<br><br>Phone – (908) 234-3318 | VENDOR | | $89,316 |
| 27. | UNIVAR USA INC.<br>Attn: Inara Alksnis<br>File 56019<br>Los Angeles, CA 90074-6019 | UNIVAR USA INC.<br>Attn: Inara Alksnis<br>File 56019<br>Los Angeles, CA 90074-6019<br><br>Phone – (425) 889-3517 | VENDOR | | $86,443 |
| 28. | SEPPIC INC<br>Attn: Corporate Officer/Authorized Agent<br>P.O. Box 36272<br>Newark, NJ 07188-6272 | SEPPIC INC<br>Attn: Corporate Officer/Authorized Agent<br>P.O. Box 36272<br>Newark, NJ 07188-6272<br><br>Phone – (973) 882-5597 | VENDOR | | $76,821 |

| # | | | | | |
|---|---|---|---|---|---|
| 29. | SYMRISE<br>Attn: Corporate Officer/Authorized Agent<br>PO Box 35559<br>Newark, NJ 07193-5559 | SYMRISE<br>Attn: Corporate Officer/Authorized Agent<br>PO Box 35559<br>Newark, NJ 07193-5559<br><br>Phone – (201) 288-3200 | VENDOR | | $75,430 |
| 30. | PRIVATE LABEL COSMETICS INC<br>Attn: Debra Shaver<br>20-10 Maple Avenue<br>Fair Lawn, NJ 07410 | PRIVATE LABEL COSMETICS INC<br>Attn: Debra Shaver<br>20-10 Maple Avenue<br>Fair Lawn, NJ 07410<br><br>Phone – (973) 423-3786 | VENDOR | | $70,019 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| NATURAL PRODUCTS GROUP, LLC, et al.,[1] | ) Case No. 10-____ ( ) |
| | ) Jointly Administered |
| Debtors. | ) |

## DECLARATION CONCERNING CREDITOR LIST

I, the undersigned authorized officer of each of the above-captioned debtors in these chapter 11 cases (collectively, the "Debtors"), declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing consolidated List of Creditors Holding 30 Largest Unsecured Claims and that the list is true and correct to the best of my information and belief, with reliance on appropriate corporate officers and the Debtors' books and records.

Dated: January 27, 2010

Signature: _____
Name: Mark I. Lehman
Title: Chief Financial Officer / Secretary / Treasurer

---

[1] The debtors and debtors in possession in these cases are Natural Products Group, LLC (Fed. EIN 86-1119470); Arbonne Intermediate Holdco, Inc. (Fed. EIN 87-0735363); Levlad Intermediate Holdco, Inc. (Fed. EIN 87-0735367); Arbonne International, LLC (Fed. EIN 33-0762250); Levlad, LLC (Fed. EIN 95-2973496); Arbonne Institute of Research and Development, LLC (Fed. EIN 33-0762250); Arbonne International Holdings, Inc. (Fed. EIN 20-5585671); and Arbonne International Distribution, Inc. (Fed. EIN 20-5585608).

WMIA 945721v1 01/26/10

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| ARBONNE INSTITUTE OF RESEARCH AND DEVELOPMENT, LLC | ) Case No. 10-_____ (   ) |
| | ) |
| Debtor. | ) |

### CORPORATE OWNERSHIP STATEMENT

In accordance with Rule 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above captioned debtor (the "Debtor") hereby represents that the following entities directly or indirectly own 10% or more of one or more of any class of the Debtor's equity interests:

- Natural Products Group, LLC

- Arbonne Intermediate Holdco, Inc.

- Arbonne International, LLC

I, the undersigned authorized officer of the Debtor, declare under penalty of perjury under the laws of the United States of America that I have reviewed the foregoing and that it is true and correct to the best of my information and belief, with reliance on appropriate corporate officers.

Dated: January 27, 2010

_____
Name: Mark I. Lehman
Title: Chief Financial Officer and Secretary